No. 02-9721.  HUMPHREY v. EVERETT, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 02-9722.  HANSFORD v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 02-9724.  GOLDWATER v. BALLINGER, JUDGE, SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY.  Ct. App. Ariz.  Certiorari denied.

No. 02-9725.  GOLDWATER v. MCNALLY, JUDGE, SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY.  Ct. App. Ariz.  Certiorari denied.

No. 02-9727.  BATES v. LEE, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 02-9731.  JOHNSON v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 02-9737.  BROWN v. SAAR, SECRETARY, MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES.  Ct. Sp. App. Md.  Certiorari denied.

No. 02-9742.  WILLIAMS v. NORTHWEST AIRLINES, INC.  C. A. 6th Cir.  Certiorari denied.

No. 02-9746.  DeFRANK v. PALMATEER, SUPERINTENDENT, OREGON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 02-9752.  RISER v. BOSTIC ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 02-9754.  PERRUQUET v. MATRISCIANO, ACTING WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 02-9759.  REID v. ILLINOIS.  App. Ct. Ill., 4th Dist.  Certiorari denied.

No. 02-9761.  SEITZ v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.